Adolphus FISHER, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

**No. 203 MAL 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Richard RAYMOND and Khristian Greytock, Petitioners**

v.

**Craig KROUSE, Respondent**

**No. 242 MAL 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeremy Devon DICKENS, Petitioner**

**No. 137 MAL 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Derrick Lewis THOMAS, Petitioner**

**No. 268 MAL 2017**

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**